FILED
February 24, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>           Plaintiff,                          )<br>v.                                                     )<br>                                                           )<br>ELADIO MONTOYA,                         )<br>                                                           )<br>           Defendant.                       ) | Case No. MAG. 06-0042-PAN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ELADIO MONTOYA, Case No. MAG. 06-0042-PAN, Charge, 18USC§352, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $_____

   ___ Unsecured Appearance Bond

   ___ Appearance Bond with 10% Deposit

   ___ Appearance Bond with Surety

   ___ Corporate Surety Bail Bond

   _✓_ (Other)   Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on February 24, 2006 at 3:45 p.m.

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge